HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ANTHONY COATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-cr-00122-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| ANTHONY COATES, | ) Date: August 20, 2024 |
| Defendant. | ) Time: 9:00 A.M. |
|  | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Haddy Abouzeid, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Coates, that the status conference, currently set for August 20, 2024, may be continued to **September 17, 2024, at 09:00 a.m.**, with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. The indictment in this case was filed on May 16, 2024. Dkt. No. 12.

2. The defense received a discovery production the following day of 149 items, consisting *inter alia* of law enforcement reports, video recordings, phone records.

3. The defense is seeking a modest, one-month continuance. Defense counsel represents that she requires additional time to analyze the above discovery, conduct the defense's investigation, explore potential resolutions, and otherwise prepare for

trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Coates in a speedy trial, and respectfully request the Court so to find. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between August 20, 2024 and September 17, 2024 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Coates in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 13, 2024        */s/ Christina Sinha*
                             Assistant Federal Defender
                             Attorneys for Defendant
                             ANTHONY COATES


Date: August 13, 2024        PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Haddy Abouzeid*
                             Assistant United States Attorney
                             Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 14, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE